

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| WESTON GADDY, | § | No. 08-22-00041-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| ELYSA FENENBOCK, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV2019) |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below denying Appellant's special appearance, and render judgment dismissing Appellee's claims against Appellant for lack of personal jurisdiction. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JULY, 2022.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.